
FILED
JUL 17 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEIFFORD SAMSEL,<br><br>        Plaintiff,<br><br>vs.<br><br>ALCOM, LLC and BRT EXTRUSIONS, INC.,<br><br>        Defendants.<br><br>ALCOM, LLC,<br><br>        Cross-Claimant/<br>        Cross-Defendant,<br><br>vs.<br><br>BRT EXTRUSIONS, INC.,<br><br>        Cross-Defendant/<br>        Cross-Claimant. | CV 18–158–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 17th day of July, 2019.

Donald W. Molloy, District Judge
United States District Court